# RK Associates

**THURSDAY, JULY 14, 2011**

## Raanan Katz's RK Associates and Alleged Racketeering Claim

After RK Associates' unsuccessful attempt to ripoff the Florida doctor using their "GOTCHA" close in the expired lease, the doctor filed the lawsuit against one of the Raanan Katz's corporations and his attorneys. Among other things, RK Associates and their attorneys were alleged in Racketeering.

What is racketeering ?
Traditionally, obtaining or extorting money illegally or carrying on illegal business activities, usually by Organized Crime . A pattern of illegal activity carried out as part of an enterprise that is owned or controlled by those who are engaged in the illegal activity. The latter definition derives from the federal Racketeer Influenced and Corruption Organizations Act (RICO), a set of laws (18 U.S.C.A. § 1961 et seq. [1970]) specifically designed to punish racketeering by business enterprises.

The Doctor's Racketeering Claim was dismissed by the Florida court. Although the attempt to get money using "GOTCHA" close in the lease was determined by the court "against public policy", Racketeering claim requires repeated pattern. It was about 5 year ago.

Since then Raanan Katz's companies continued to include in their leases the clause defined by the court as "GORCHA", and continued to demand "damages" that they did not incur using their lease acceleration and/or automatic renewal clauses.

Can RK Associates and Raanan Katz do whatever they want ? Can their new breed of attorneys help them get away ? Who these people really are ?

Posted by karlmurx at 2:34 AM   0 comments                                    0

**WEDNESDAY, JULY 13, 2011**

## RK Associates Lease - What to Look For ?

What to look for ?
1. Acceleration clause.

The tenant shall pay monthly payment for the length of the lease until it expire. Acceleration clause allows to claim the total amount of lease upfront, if a tenant alleged in a breach.

2. Automatic renewal

Automatic renewal clause allows to renew the lease without the tenant consent. Majority

**FOLLOWERS**

**Join this site**
with Google Friend Connect

There are no members yet.
Be the first!

Already a member? Sign in

**BLOG ARCHIVE**

▼ 2011 (21)
  ▼ July (2)
    Raanan Katz's RK Associates and Alleged Racketeeri...
    RK Associates Lease - What to Look For ?
  ► June (7)
  ► May (12)

**CONTRIBUTORS**

- karlmurx
- kibut37

of legitimate leases require action from the tenant to renew.

Posted by karlmurx at 2:30 AM    0 comments                                        0

**MONDAY, JUNE 27, 2011**

## RK Associates and Raanan Katz History Starts in Kibbutz

RK Associates boss Raanan Katz was born on a kibbutz in 1937 - a collective community started in Palestine,combining principles of socialism and Zionism.
Kibbutz members were not classic Marxists though their system partially resembled Communism. Karl Marx and Friedrich Engels both shared a disdain for conventional formulations of the nation-state and Leninists were hostile to Zionism. Nevertheless, in the late 1930s, two kibbutz leaders, Tabenkin and Yaari, initially attracted to anarchist ideas, pushed their movements leftward to reverence of Stalin's dictatorship.
In the 1920s kibbutzim introduced communal children's homes. The theory was that trained nurses and teachers would be better care-providers than parents. Relationships would also be better because parents would not have to be disciplinarians. Another goal was to liberate mothers and promote gender equality: instead of spending many hours a day on child care, women would be free to work and have more leisure time.
**Kibbutz psychological aspects**
What are the effects of life without private property? What are the effects of life being brought up apart from one's parents?
Bruno Bettelheim had predicted that kibbutz education would yield mediocrity: "[kibbutz children] will not be leaders or philosophers, will not achieve anything in science or art."

Posted by karlmurx at 2:28 AM    0 comments                                        0

**SATURDAY, JUNE 18, 2011**

## Raanan Katz Filled Another Frivolous Lawsuit in Miami

RAANAN KATZ, RK FL MANAGEMENT INC, RK ASSOCIATES VII INC, 17070 COLLINS AVENUE SHOPPING CNTR (LTD), KATZ DANIEL started another frivolous litigation against unknown person for libel/slander on 6/9/2011 in Miami-Dade Court.

Who is representing Raanan Katz and his group in this litigation.

TODD A LEVINE - 899119
KLUGER PERETZ KAPLAN & BERLIN (PA)
201 S BISCAYNE BLVD
MIAMI, FL 33131
Phone:(305) 379-9000

The group has requested FOR JURY TRIAL.

Hopefully, the case discovery will reveal more of RK Associates "business" activities, and JURY will send Raanan Katz and Daniel Katz to jail.

Posted by karlmurx at 3:26 PM    0 comments                                        0

**MONDAY, JUNE 13, 2011**

## Public Awareness of RK Associates and Raanan

## Katz Activities

Read here information on Raanan Katz and his group RK Associates, this group doesn't want public to know. The group is named after Raanan Katz (RK), the boss of the family. The group's operations extend from Massachusetts to Florida. This blog provides information based on public media publications and court records. How far these people can go in attempt to conceal some details about their activities, the ways they do business ? What kind of connections they will reveal and use in that attempt ?

Posted by karlmurx at 3:18 PM   0 comments      0

## Another RK Associates False Affidavit of Damages ?

RK Associates group lead by Raanan Katz claimed "damages" equal to 4 years of lease in advance from their former tenant alleged in breach of the lease, while the space was already leased to another tenant.

RK Associates group led by their boss Raanan Katz had an affidavit of fake damages made and notarized just to show the court that creating an affidavit of false damages is not very hard for them.

This peace of paper helped RK Associates group lead by their boss Raanan Katz to obtain default judgment against their former tenant for more than three hundred thousand dollars.

For more details see the document http://www.scribd.com/doc/57804138/RK-Associates-v-National-Parking-Affidavit-of-Fake-Damages-for-4-Years-Acceleration.

According to the law, damages for breach of lease governed by economical loss rule.

Posted by karlmurx at 2:15 PM   0 comments      0

**WEDNESDAY, JUNE 8, 2011**

## Raanan Katz' RK Associates Alleged in Theft of Tenant's Property

Florida Statute Crimes Section **812.014 Theft** states:
"(1) A person commits theft if he or she knowingly obtains or uses, or endeavors to obtain or to use, the property of another with intent to, either temporarily or permanently:

(a) Deprive the other person of a right to the property or a benefit from the property.

(b) Appropriate the property to his or her own use or to the use of any person not entitled to the use of the property.....
**the offender commits grand theft in the first degree, punishable as a felony of the first degree, as provided in s. 775.082, s. 775.083, or s. 775.084."**

According to court filings one of RK Associates tenants alleged RK Associates "Without advance warning and using self-help in violation of the law, Plaintiff (RK Associates) proceeded to change the locks to the premises... Inside of the premises there were 100 chairs; fourteen tables; grill stands; $1,200.00 Dollars worth of soft drinks and $300.00 Dollars worth of beers", according to Miami-Dade court records case#10-02395-CA32

Another RK Associates tenant claims in the court:
"Count VI-Unlawful Entry and Detainer
RK Associates, without legal process or authority or permission from the tenant, broke

Exhibit A

into the premises leased by the tenant and changed the locks on such premises, thereby unlawfully entering and detaining the property which the tenant was lawfully entitled to possession of.

Count VII Theft

RK Associates, without legal process or authority or permission from the tenant, broke into the premises leased by the tenant and stole monies and personal property belonging to the tenant...Rk Associates removed and retained property belonging to the tenant", according to Miami-Dade court records case#09-42218CA09.

Another RK Associates tenant states "Plaintiffs allege, and Defendant (RK Associates) do not dispute, that security guards threw Plaintiffs (Tenants) off the property and that RK Associates...changed the locks on the bank branch's office doors. Furthermore, Plaintiffs allege conversion of their remaining personal property by RK Associates...after they were escorted from the premises." case07-20634-CIV-MORENO

Do RK Associates and their boss Raanan Katz believe that all tenants property after signing the lease should belong to them? or they just not afraid of stealing the tenants' property ?



And this list can go on and on... Raanan Katz enjoys his "business" and freedom.

Posted by karlmurx at 2:12 AM   0 comments    0

Home                                                                                          Older Posts

Subscribe to: Posts (Atom)

Simple template. Powered by Blogger.

Share    Report Abuse    Next Blog»

# RK Associates

MONDAY, JUNE 6, 2011

## RK Associates Changing Door Locks...Be Careful!

You, as RK Associates tenant, never got an eviction notice for failure to pay rent or anything like that. However, you are coming to your business, and RK Associates simply changed the locks and took possession of your business and private property.
Court Case Number 07-20634-CIV-MORENO revealed that "Plaintiffs allege, and *Defendant (RK Associates) do not dispute, that security guards threw Plaintiffs (Tenants) off the property and that RK Associates...changed the locks on the bank branch's office doors. Furthermore, Plaintiffs allege conversion of their remaining personal property by RK Associates... after they were escorted from the premises*."

In this case RK associates were sued by the tenant: Count VI is for
unlawful eviction, Count VII is for conversion.

Court argues: "Lessors like RK Associates, typically change locks on their own property or at least require permission to do so. See, e.g., 4 Florida Jur. Forms Legal & Bus. § 16A:53, at III.(f) (generic commercial lease form stating that, "No locks shall be changed without the prior written consent of Lessor…."). If Plaintiffs (tenants) have or had personal property remaining on the premises, and RK Associates preventing Plaintiffs from reacquiring that property, then it seems plain that Plaintiffs have alleged a legal harm against the landlord."

RK Associates cannot take possession of the property without a court order unless tenant surrender the keys. However, RK Associates change door locks on leased premises at their sole discretion. Be careful and aware!!!

Posted by karlmurx at 2:11 AM    0 comments    0

THURSDAY, JUNE 2, 2011

## RK Associates Allegedly Violates the Lease Agreement

It's an awful position to be in when your landlord violates the lease agreement. When you sign the Lease with RK Associates you need to be ready to experience the most complicated and very unpredictable situations.
One of RK Associates alleged lease violation examples revealed in Superior court case 2004-02614.
RK Associates and Subway as a the tenant agreed " Landlord agrees to not to... lease, let, use or permit to be used any property owned or controlled by it within one mile of the leased premises now or at any time during the period of this lease or any extension to any tenant or subtenant who is main principal business is the sale of submarine sandwiches or Dali-type sandwiches, such as Miami Sub, DeAngelo's, Blimpies, Kelly's Roast Beef..."
After that RK Associates signed the agreement with Panera to rent the space located in the same commercial shopping center as Subway.

### FOLLOWERS

**Join this site**
with Google Friend Connect

There are no members yet.
Be the first!

Already a member? Sign in

### BLOG ARCHIVE

▼ 2011 (21)
  ► July (2)
  ▼ June (7)
    RK Associates and Raanan Katz History Starts in Ki...
    Raanan Katz Filled Another Frivolous Lawsuit in Mi...
    Public Awareness of RK Associates and Raanan Katz ...
    Another RK Associates False Affidavit of Damages ?...
    Raanan Katz' RK Associates Alleged in Theft of Te...
    RK Associates Changing Door Locks...Be Careful!
    RK Associates Allegedly Violates the Lease Agreeme...
  ► May (12)

### CONTRIBUTORS

- kibut37
- karlmurx

Subway had to take RK Associates to the court. Superior Court allowed Subway's motion for a preliminary injunction, prohibiting RK Associates from leasing the space to Panera.
In spite of the court order, RK Associates, lead by Raanan Katz and David Katz, entered into the lease with Panera and allowed Panera a build out of the premises.
If you do not want to lose your business, your investment, your ideas think twice, talk to their tenants, and do your research to learn what can happen to you after signing the lease with the landlord like RK Associates.

Posted by karlmurx at 2:09 AM    0 comments    0

MONDAY, MAY 30, 2011

## RK Associates Commercial Lease - Is It a New Kind of Scam ?

Per court records RK Associates enforces a lease's "acceleration clause" that requires the tenant to pay the remaining years on the lease in case of breach. However, RK Associates does not give the tenant any benefit if RK Associates re-leases the premises.
According to the Court records RK Associates officials stated that normally it took them up to six months to re-lease the space.
RK Associates owners Raanan Katz and Daniel Katz claim "damages" for the entire remaining balance of the lease from the tenants even if they re-lease the premises.
When they consider the new tenant under the breach they claim "damages" the same way. This way Raanan Katz's group is able to claim "damages" for the same period of time for the same space from different tenants.
Is it legal? Acceleration clause is not the penalty nature of the lease provision.
Landlord must provide an actual damages caused by the breach of lease to the court.
In one of the cases Daniel Katz has signed an affidavit of "damages" equal to FIVE year lease. At the same time the premises were re-leased to another tenant.
Please see the link to view Daniel Katz false affidavit of damages that helped him to place their former tenant in almost half a million dollars debt.
http://www.scribd.com/doc/56610044/RK-Associates-vs-Pooria-Dan-Katz-Affidavit-of-Damages.
There is still open question: Has Raanan Katz made his fortune legal way ?

Posted by karlmurx at 2:07 AM    0 comments    0

SATURDAY, MAY 28, 2011

## Why Raanan Katz Can Get Away With Breaking The Law

Do you believe that RK Associates and Raanan Katz would be ever investigated if they had paid to Miami Dade Police Chief ?



"A Miami Dade police commander(Frank Vecin), with close ties to Mayor Carlos Alvarez, has allegedly been paid hundreds of thousands of dollars by developers(including RK Assoiates and Raanan Katz) to expedite their request for permits and provide access to top county administrators, according to a CBS4 News investigation.

In other words, he was being paid by the very same developers (including RK Assoiates and Raanan Katz) and

Exhibit A

builders his police unit might be called upon to investigate.
*Instead it was the developers who found themselves with a valuable friend in the police department.*

"He (Miami Dade police commander) was an outside consultant he was working for us on a per project basis," Shevlin (a former general manager for RK Associates) said, adding he did not recall how much they paid Vecin.

Shevlin said he believes Vecin's name was passed on to them during a Miami Heat game when the owner of RK Associates, Raanan Katz, was sitting courtside with the Martins."

source CBS Miami
http://miami.cbslocal.com/2010/06/20/i-team-frank-vecin-beyond-the-badge/

Posted by karlmurx at 2:04 AM    0 comments                              0

**THURSDAY, MAY 26, 2011**

## RK Associates Sued Former Tenant for a Quarter of a Million Dollars under Expired Lease

RK Associates sued another ex-tenant under expired lease. According to Miami-Dade court records 2008-76463-CA RK Associates automatically renewed the lease for 5 years without tenants consent, approval and agreement. RK Associates demanded a quarter of a million dollars from former tenant in spite of the prior court order against RK Associates in a similar case (RK Associates vs Dr Witt/ prior post) and in spite of re-leasing the space to another unsuspecting tenant.



In addition, RK Associates owner Dan Katz signed and submitted to the court the affidavit for "damages" in the amount equal to 5 year lease, knowing that the average time to re-lease the space is 6 month. Is this constitutes fraudulent affidavit to the court ?

"A false affidavit is one in which a person signs it and swears that the statements attested to in the document are true, complete, and accurate when the statements are in fact misleading or false. Submitting a false affidavit is a criminal offense and constitutes perjury in most jurisdictions. The consequences of writing a false affidavit often include a fine, jail time, or both."
This blog will publish some of the most spectacular false affidavits signed by Dan Katz. Dan Katz feeds himself nicely.

Posted by karlmurx at 1:59 AM    0 comments                              0

**FRIDAY, MAY 20, 2011**

## RK Associates' Attempt to Rip-off Florida Doctor Failed

RK Associates demanded money from the former tenant under expired lease. Miami-Dade Circuit Court ruled against RK Associates.

On 30th day of May 2002 Dr.Witt signed commercial Lease Agreement with RK Associates for the premises located at 17044-46 Collins Avenue, Sunny Isles Beach Florida beginning the 1st day of June 2002, and ending the 31th Day of December 2003.

In 2004 RK Associates filled lawsuit case #04-1228CA against Dr. Witt claiming rent payment for 2004. RK Associates court papers reveal

"Count I-BREACH OF THE LEASE

11. Lessee (Dr.Witt) has breached the lease by failing to pay their rent in full for the month of **January 2004** in the amount of $5,775.00. Said breach constitutes a default under the lease.

12. That Pursuant to Paragraph 41 of the Lease Agreement, LESSOR (RK Associates) is granted and hereby exercise the right to accelerate all amounts due and owing for the remainder of the lease term. The total accelerated amount due for February 2004 through December 2004 is $63,525.00.

13....The Lease was automatically renewed, without the requirement of a further act, lease or agreement by either party for a period of one (1) year.

14. LESSEE (Dr. Witt) has failed or refused to reimburse LESSOR (RK Associates) for their proportionate share of past due and accelerating expenses for 2004 is $18,000.00.

15. Plaintiff (RK Associates) has sustained damages in the amount of $87,300.00 plus additional late fees that shall accrue hereafter.

16. LESSEE (Dr. Witt) is obligated to pay all costs of collection and attorney's fees."

Court order: "The lease provided no right of extension of the lease to the Defendant. However, it has a clause which provided that if the Lessee failed to notify the Lessor (RK Associates) in writing by certified mail at least six (6) full calendar months prior to the expiration of the lease, the Lessor (RK Associates) could at Lessor's discretion automatically extend for an additional year.
Such a clause is repugnant to the Court and against public policy...This was a "Gotcha" clause that this court cannot and will not condone. Judgment for the Defendant Dr.Witt"

Do you believe RK Associates and Raaan Katz comply with this court order?
Raanan Katz's RK Associates group continued to include this "GOTCHA" clause in the Leases and continue to sue their tenants.

Posted by karlmurx at 3:57 PM    0 comments      0

**WEDNESDAY, MAY 18, 2011**

## Raanan Katz Wants Your Money No Matter What

Raanan Katz filed lawsuit against Taystee Gourment Bakery 2 Inc on 12/12/2008 in Miami Dade Circuit Court case number 08-77162CA30.

Raanan Katz personally claimed monetary damages from Taystee Gourment Bakery 2 Inc.

"The Court finds that the Plaintiff (Raanan Katz) has not proved by a preponderance of the evidence that RAANAN KATZ d/b/a RK Associates or that RAANAN KATZ was a party to the Lease Agreement or the Guarantee Contract. RAANAN KATZ did not sign either document.



The witness/representative of the Plaintiff, Daniel Katz, did sign the documents but could not provide the Court with any information with who or what entity he was representing when he signed the contracts. Additionaly, Daniel Katz could not testify <u>WHO IN FACT WAS THE OWNER OF THE PREMISES</u>."

Exhibit A



Raanan Katz

This Raanan Katz's case was dismissed by the Court.

Bottom line, when you sign a lease with RK Associates, Raanan Katz can go after YOUR money no matter what.

Posted by karlmurx at 4:56 AM    0 comments    0

Newer Posts                          Home                          Older Posts

Subscribe to: Posts (Atom)

Simple template. Powered by Blogger.

Share    Report Abuse    Next Blog»

# RK Associates

**MONDAY, MAY 16, 2011**

## RK Associates and Commercial Lease Fraud

"Commercial lease fraud is a term that covers a number of unfair and deceptive trade practices executed by large corporations, private companies, lenders, etc. Consumers who are victimized by lease fraud can suffer significant financial losses.

Perpetrators of commercial lease fraud knowingly deceive tenants in an effort to make more profit. Commercial lease fraud can occur in a number of different ways including, but not limited to:

* Terms of the lease are abused
* Higher costs than originally represented
* Manipulating operating cost
* Excessive early termination penalties
* Transaction deceptions"

RK Associates and Raanan Katz induce tenants to sign commercial lease that allows them financially benefit when a tenant breaches the lease. For example, if a tenant with 5 year lease alleged in breach of the lease on the first year, according to their lease the tenant must pay them instantly the remaining 4 years of the lease. When they lease to the next tenant with the same story they can claim from the new tenant "damages" for the same space for the same period of time. According to the court documents it is not unusual for RK Associates and Raanan Katz to do the following:

* RK Associates led by Raanan Katz can automatically renew commercial leases without tenants consent, even demanding money under expired lease
* RK Associates led by Raanan Katz charge tenants for common area maintenance (CAM) as much as they want without providing accounting documents
* RK Associates led by Raanan Katz can claim double or triple rent as "damages" for the same rental space, for the same period of time from different tenants
* RK Associates led by Raanan Katz can enter the leased premises by changing the lock, take private property without tenants consent and court orders.

"Under federal and state laws, consumers who have been wronged by leasing scams may be eligible to recover damages through a consumer fraud lawsuit. In the event that a group of consumers have been similarly harmed as a result of lease fraud, they may file a class action consumer fraud lawsuit."

Another important point to mention, several lawsuits have been filled against RK Associates and Raanan Katz alleging them in fraud, theft and more.

Posted by karlmurx at 3:53 AM    0 comments    0

**TUESDAY, MAY 10, 2011**

## NBA Attorneys Demanded A Written Explanation

---

**FOLLOWERS**

Join this site 
with Google Friend Connect

There are no members yet.
Be the first!

Already a member? Sign in

**BLOG ARCHIVE**

▼ 2011 (21)
  ► July (2)
  ► June (7)
  ▼ May (12)
   RK Associates Commercial Lease - Is It a New Kind ...
   Why Raanan Katz Can Get Away With Breaking The Law...
   RK Associates Sued Former Tenant for a Quarter of ...
   RK Associates' Attempt to Rip-off Florida Doctor F...
   Raanan Katz Wants Your Money No Matter What
   RK Associates and Commercial Lease Fraud
   NBA Attorneys Demanded A Written Explanation From ...
   Raanan Katz Real Estate Get Rich Scheme
   Some of RK Associates Tenants
   Media's Voice About Raanan Katz Boulevard
   City of Sunny Isles named NE 170th Street after Ra...
   RK Associates History and Some Facts

**CONTRIBUTORS**

- kibut37

## From Raanan Katz.

- karlmurx

I came across this article "Heat Take No Prisoners". http://articles.nydailynews.com/1995-12-19/sports/17983687_1_dave-checketts-knicks-and-heat-commandos by BY IAN O'CONNOR

Raanan Katz is not only the owner and parther of RK Associates, he is a minor owner of Miami Heat.

According the NY Dayly News This Raanan Katz has allegedly threatened Garden's president Dave Checketts: "Remember the '72 Olympics. Remember how the Israeli commandos responded after the Palestinians killed those 11 (Israeli) athletes. We have access to those commandos. Tell Dave Checketts *he had better watch himself and his family*."



"Security officials determined that (Raanan) Katz, a native of Israel who made his fortune in America developing shopping centers, did indeed have extensive ties to his homeland."

Later Raanan Katz added "If somebody tries to kill you, you try to kill them. If somebody tries to steal a player or a coach from you, you try to do the same to them. I was just saying that if Dave Checketts tried to screw us, we were going to screw him back. *One day we would meet one another and get even for what he did*."

Posted by karlmurx at 4:51 AM    0 comments    0

**SUNDAY, MAY 8, 2011**

## Raanan Katz Real Estate Get Rich Scheme

Raanan Katz the owner and founder of RK Associates created his "triple net lease scheme" to enrich himself.
In a triple net lease plan, the tenant pays a fixed rent and a significant share of the operating expenses, taxes and insurance associated with the commercial real estate unit.

Raanan Katz Triple Net Scheme involves extensive collection of monies claimed to be towards operating expenses from tenants. On tenants request, Ranan Katz and his companies refuse to disclose the actual operating expenses.

Raanan Katz's son and partner Dan Katz says: "We do not provide these documents to the tenants".
Furthermore, Raanan Katz and his companies have been served with the request for production of proof of operating expenses in several lawsuits with fraud allegations. Yet, these documents have not been seen by the tenants, attorneys, and the court.
In Massachusetts Raanan's refusal to provide proof of repair expenses and lying to the court cost him sentence for criminal contempt in late 70s. However, nothing can stop this man, and his "operating expense" scheme works for his enrichment up to date.
Taking into consideration the fact that Raanan Katz and his companies have over 6,000,000 square feet of commercial spaces and thousands of tenants, this scheme practicing for decades allows him to claim any amount to be claimed as operating expenses from unsuspecting tenants.

Posted by karlmurx at 3:36 PM    0 comments                                         0

## Some of RK Associates Tenants

Are these people just RK Associates' tenants???


*1. Issac Feldman*


Issac Feldman

"Federal prosecutors indicted Feldman and 14 other Eastern Europeans ... with engineering **one of the most spectacular frauds** in the Magic City's long history of strange crimes. They allegedly set up six Potemkin nightclubs in South Beach and employed a squad of young Estonian and Latvian beauties to lure well-off male tourists inside...
When Feldman decided last summer to join a three-way race for an open commission seat, no one seemed shocked. He raised $8,100, tapping some big names including RK Management, a realty company owned by Miami Heat limited partner Raanan Katz."
source MiamiNewTimes By Tim Elfrink
to view full story see the link
http://www.miaminewtimes.com/2011-04-21/news/eastern-european-b-girls-in-sobe-scam/

*2. Edward Goykhman*

Raanan Katz and RK Associates even shared the same attorney with Mr.Goykhman.

"EDWARD GOYKHMAN was convicted in Manhattan
federal court ... in connection with a **scheme to defraud**
the International Joint Stock Aviation Company Air Urga ("Air
Urga"), a Ukrainian-based airline which serviced United Nations
peacekeeping missions. GOYKHMAN was convicted after a three-week
jury trial before United States District Court Judge RICHARD
OWEN."
for more details visit the link

Exhibit A

http://www.justice.gov/usao/nys/pressreleases/February04/goykhmanconvictionpr.pdf

Posted by karlmurx at 4:48 AM    0 comments                                    0

**FRIDAY, MAY 6, 2011**

## Media's Voice About Raanan Katz Boulevard

Media has been criticizing naming 170th Street in the City of Sunny Isles as Raanan Katz Boulevard.

"Name Game. Strip mall magnate gets his own street in Sunny Isles Beach.
Martin Luther King Jr. Henry Flagler. José Martí. All are historically significant enough to have streets named for them.
Add to the list strip mall magnate Raanan Katz, whose five-year eminent-domain legal battle with the City of Sunny Isles Beach was recently settled. Katz will get $7 million, including legal costs, for an acre-size parcel north of city hall. As part of the settlement, Sunny Isles will rename NE 170th Street in Katz's honor.
Riptide stopped by his R.K. Town Center North shopping plaza to speak with Katz. His office walls were lined with 26 large aerial photographs of properties he owns in South Florida, Massachusetts, New Hampshire, and Rhode Island. Sitting at his desk, behind a placard reading "Show Me the Money," Katz said the deal is less a sale than "a major donation to the city." He said he could have gotten more than double the $5 million he'll ultimately net for the plot of land, which houses an Alamo/National rental car operation. So why the gift? Katz, who also owns a minority interest in the Miami Heat, wants local officials "to continue to convert the entire city into, I don't want to say Manhattan, but into the most developed city in South Florida. The settlement was a very reasonable price in order for them to appreciate what I'm doing." Source Miaminewtimes.com by Frank Houston, Patrice Elizabeth Grell Yursik, Janine Zeitlin.

Posted by karlmurx at 10:30 AM    0 comments                                    0

**WEDNESDAY, MAY 4, 2011**

## City of Sunny Isles named NE 170th Street after Raanan Katz

City of Sunny Isles named NE 170th Street after Raanan Katz. This was part of the settlement. That simply means that the City traded off the street name to Raanan Katz. According to the *Massachusetts court records* Raanan Katz has criminal contempt to court and racial discrimination records in the US. See prior post. Is he the right person to have the street named after?
Sunny Isles is one mile long city in South of Florida. In spite of person's records this little City is ready to sell anything to anyone.
This position of the City of Sunny Isles Beach affects moral values of the US citizens.

Is it moral to ignore the US citizens' opinion regarding street name for sale? Of course not.
There is a clear guide to moral obligation for Americans in relationships with other Americans. "We are the people of the United States". This means all the people of the country. Not some, nor most, nor this group or that, but all the people. It means what goes for one must go for all. It means what is done by one group must apply equally to all.
How we treat one another in our country is defined and guided by the Constitutional rights to which we are pledged, and are obligated to defend without exception, regardless of personal feelings.
City of Sunny Isles personal feelings are definitely affect Americans' moral values and

disrespect individual choice of every citizen and resident of the City of Sunny Isles and the United States in general.
City of Sunny Isles has no moral obligations to force Americans to believe in destructive morality and stability.

Posted by karlmurx at 10:45 AM    0 comments    0

TUESDAY, MAY 3, 2011

## RK Associates History and Some Facts

According to RK Associates website www.rkcenters.com their company started when "Raanan Katz first arrived in the United States in his early twenties with a reputation as an excellent outside shooter on the Israeli National Basketball Team. Raanan had been invited to join the Boston Celtics training camp, where he was the final player cut from the Celtics roster, edged out by Hall of Famer, John Havlicek.

Celtics Head Coach Red Auerbach recommended Raanan to play for the U.S. All Stars, the sparring team for the world famous Harlem Globetrotters. After leaving the All Stars, Raanan settled in Boston, Massachusetts and purchased a small apartment building with the money he earned. During the next several years, he amassed over 2,000 apartment units in the Greater Boston area.
Raanan transitioned from residential to commercial holdings in 1980, when he acquired three retail properties in the Greater Boston Area."

*Surprisingly*, RK Associates team is not mentioning that the president and founder Raanan Katz has criminal and racial discrimination records related to his "real estate" activities.

*Massachusetts took quite seriously Raanan Katz"business" found him guilty in criminal contempt to the court and racial discrimination.*

*The following links provide more details*
*http://law.justia.com/cases/federal/appellate-courts/F2/627/568/429869/*
*http://masscases.com/cases/sjc/365/365mass357.html*

Posted by karlmurx at 10:25 AM    0 comments    0

Newer Posts                               Home

Subscribe to: Posts (Atom)

Simple template. Powered by Blogger.

Exhibit A